JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHELLE MANGAS, DIANE MANGAS, J.M., a minor, ANDREW JAMES McLEAN, CHRISTOPHER MANGAS, ANTHONY NELSON, and COURTNEY NELSON, and DOES 1 – 10. | Case No.: CV 13-3443-GW(VBKx)<br><br>**JUDGMENT**<br><br>Judge:    Honorable Judge H. Wu |

The motion of plaintiff Life Insurance Company of North America ("LINA") for an order dismissing it from the action and discharging it from liability came on regularly for hearing in before this Court on December 2, 2013. The motion for summary judgment or in the alternative for partial summary judgment of defendant Michelle Lueras ("Lueras"), erroneously sued herein as Michelle Mangas, also came on for hearing before this Court on December 2, 2013, with LINA's motion to dismiss and motion to strike Lueras' counterclaim.

Therefore, having granted all motions referenced herein:

**IT IS HEREBY ADJUDGED AND DECREED AS FOLLOWS:**

1.     That LINA properly deposited the death benefits and interest in the total amount of $82,114.77 with the Clerk of this Court, alleged a proper claim for

interpleader in this action, and is entitled to a judgment of interpleader in its favor as to all defendants herein;

2.  That having deposited the death benefits with the Clerk of this Court, LINA is hereby released, discharged and acquitted of and from any liability of any kind or nature whatsoever under the group life insurance policy issued to Brand Services, Inc. providing life insurance benefits to decedent Michael Mangas, policy no. FLX 962588 ("the Policy"), now or ever, as to all defendants, and that LINA has fully satisfied any and all liability under the Policy as to all defendants.

3.  That LINA shall receive the sum of $3,500.00 to be disbursed from the funds interpled and deposited with the Clerk of the Court in this action, as reimbursement for the attorney's fees and costs incurred by LINA in bringing the interpleader action;

4.  That the Clerk of the Court shall disburse $3,500.00 in a check payable to "Life Insurance Company of North America" delivered to LINA care of its attorneys of record, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 525 Market St., 17th Floor, San Francisco, CA 94105, Attention Dennis J. Rhodes;

5.  That Defendant Michelle Lueras ("Lueras"), erroneously sued herein as Michelle Mangas, is entitled to the remainder of the funds on deposit, with all accrued interest, and that no other defendants or claimants are entitled to any portion of the life insurance proceeds deposited with the Court;

6.  That the Clerk of the Court shall disburse the remainder of all funds deposited with the Court, with all accrued interest, in a check payable to "Michelle Lueras and her attorneys, Andrews & Hensleigh, LLP" delivered to Lueras care of its attorneys of record, Andrews & Hensleigh, LLP, 1200 Wilshire Blvd, Suite 615, Los Angeles, CA 90017, (213) 617-7727, Attention, Joseph Andrews;

7.  That all herein are restrained and permanently enjoined from instituting or prosecuting any proceeding in any State or United States Court against any of the other parties relating to or claiming any entitlement to the death benefits

under the Policy and/or seeking any relief or benefits whatsoever under and/or based upon the Policy and/or relating to the Policy; and

8. That except as expressly stated herein and/or in the Order of Discharge, each party is to bear its own attorney's fees and costs of suit incurred in this action.

**IT IS SO ORDERED AND ADJUDGED**

Dated: December 18, 2013      By: _____
                              Honorable George H. Wu
                              United States District Judge

# CERTIFICATE OF SERVICE

*Life Insurance Company of North America v. Michelle Mangas, et al.*
U.S.D.C. Central District of California
Case No.: 2:13-cv-03443-GW-VBK

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

## [PROPOSED] JUDGMENT

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☒: **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

☒: **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| Robert J. Spitz<br>Robert J. Spitz Law Offices<br>204 N San Antonio Avenue<br>Ontario, CA 91762<br>909-395-0909 (Tel.)<br>909-395-9535 (Fax)<br>TPLaw@aol.com<br>*Attorneys for*<br>*J.M., a Minor*<br>*(Served Via Electronic Service)* | Joseph Andrews<br>ANDREWS & HENSLEIGH, LLP<br>350 S. Figueroa Street, Suite 580<br>Los Angeles, CA 90071<br>213-617-7727 (Tel.)<br>213-617-7737 (Fax)<br>Attorneys for<br>Michelle Lueras (aka Michelle Mangas)<br>*(Served Via Electronic Service)* |
| Anthony Nelson<br>11089 Linda Lane, #D<br>Garden Grove, CA 92840<br>*In Pro Per*<br>*(Via U.S. Mail)* | Courtney Nelson<br>1612 Calle Del Mar, Apt. H<br>Anaheim, CA 92802<br>*In Pro Per*<br>*(Served Via U.S. Mail)* |
| Andrew McLean<br>7435 Mohawk Circle<br>Buena Park, CA 90620<br>In Proper<br>*(Served via U.S. Mail)* | |

1   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

2   EXECUTED on December 11, 2013 at San Francisco, California.

*/s/ Liza H. Cachero*
Liza H. Cachero